Upon a search, fifteen cases of beer were found in the car.

Testifying in his own behalf, the appellant admitted that he was driving the car, and that two of the cases of beer in the car belonged to him which he had purchased for his own consumption. He further stated that the other cases belonged to his two companions and that the pistol found in the car belonged to one of them.

The jury, under the charge, resolved the issue of whether the appellant had the beer for his own consumption against him.

No brief has been filed on behalf of the appellant. There are no formal bills of exception or objections to the court's charge. The informal bills have been considered, and they show no error.

The evidence is sufficient to support the conviction, and no error appearing, the judgment is affirmed.

Opinion approved by the Court.

**Elton McNUTT, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 34643.

Court of Criminal Appeals of Texas.

May 23, 1962.

Rex Emerson (on appeal only), Houston, for appellant.

Frank Briscoe, Dist. Atty., Walter A. Carr and Robert Edward Delany, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is burglary; the punishment, enhanced by two prior convictions for felonies less than capital, life.

The prior convictions were stipulated by appellant and his counsel and the attorney representing the state.

The evidence introduced without objection shows that appellant was observed, by the owner, emerging from a private residence from which Ten Dollars was found missing. He was pursued and later arrested and confessed that he entered the house through the back door and took Ten Dollars from a purse.

The evidence shows, and appellant stated in his confession, that the back screen door was closed but not locked.

The jury rejected appellant's testimony at the trial, that he went to the house looking for work but did not enter it or steal anything.

Experienced and able counsel appointed by the court have found no ground upon which to ask reversal.

The evidence is sufficient to sustain the conviction and we find no reversible error.

The judgment is affirmed.